THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| SUNWOOD CONDOMINIUM ASSOCIATION, a Washington non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>AETNA CASUALTY AND SURETY COMPANY OF ILLINOIS, an Illinois corporation, *et al.*,<br><br>Defendants. | CASE NO. C16-1012-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

Plaintiff Sunwood Condominium Association and Defendant Fire & Casualty Insurance Company of Connecticut have filed a stipulation and proposed order of dismissal (Dkt. No. 71). Pursuant to Fed. R. Civ. P. 41(a)(1)(A), this stipulation is self-executing, and all claims against Fire & Casualty Insurance Company of Connecticut are DISMISSED with prejudice and without an award of costs or attorney fees to either party.

//

//

//

MINUTE ORDER, C16-1012-JCC
PAGE - 1

DATED this 26th day of April 2017.

                                            <u>William M. McCool</u>
                                            Clerk of Court

                                            <u>s/Paula McNabb</u>
                                            Deputy Clerk