THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SUNWOOD CONDOMINIUM ASSOCIATION, a Washington non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>AETNA CASUALTY AND SURETY COMPANY OF ILLINOIS, an Illinois corporation, *et al.*,<br><br>Defendants. | CASE NO. C16-1012-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

Plaintiff Sunwood Condominium Association and Defendant State Farm Fire and Casualty Company have filed a stipulation and proposed order of dismissal (Dkt. No. 77). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), this stipulation is self-executing, and all claims against State Farm are DISMISSED with prejudice and without an award of costs or attorney fees to either party.

//

//

//

MINUTE ORDER, C16-1012-JCC
PAGE - 1

DATED this 27th day of July 2017.

          William M. McCool
          Clerk of Court

          s/Paula McNabb
          Deputy Clerk

MINUTE ORDER, C16-1012-JCC
PAGE - 2