HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SUNWOOD CONDOMINIUM ASSOCIATION, a Washington non-profit corporation<br><br>                    Plaintiff,<br><br>        v.<br><br>AETNA CASUALTY AND SURETY COMPANY OF ILLINOIS, an Illinois corporation, *et al*.,<br><br>                    Defendants. | No.: 2:16-cv-01012-JCC<br><br>STIPULATED MOTION FOR DISMISSAL OF DEFENDANTS GENERAL INSURANCE COMPANY OF AMERICA AND LIBERTY MUTUAL INSURANCE COMPANY<br><br>NOTED ON THE MOTION CALENDAR: September 7, 2017 |

Pursuant to F.R.C.P. 41(a)(1) and LR 10(g), the parties stipulate that plaintiff's claims

against defendants General Insurance Company of America and Liberty Mutual Insurance

///
///
///
///
///
///

STIPULATED MOTION FOR DISMISSAL OF DEFENDANTS
GENERAL INSURANCE COMPANY OF AMERICA AND LIBERTY
MUTUAL INSURANCE COMPANY
NO.: 2:16-CV-01012-JCC

PAGE 1

**Bullivant|Houser|Bailey PC**
1700 Seventh Avenue, Suite 1810
Seattle, Washington 98101-1397
Telephone: 206.292.8930

1  Company  shall be dismissed with prejudice and without fees or costs awarded to either

2  party.

3          IT IS SO STIPULATED.

4          DATED:  September 7, 2017

5                                            BULLIVANT HOUSER BAILEY PC

6

7                                            By  */s/ Bryana L. Blessinger*
                                                 Michael McCormack, WSBA #15006
8                                                E-mail: michael.mccormack@bullivant.com
                                                 Bryana L. Blessinger, WSBA #42308
9                                                E-mail: bryana.blessinger@bullivant.com

10                                           Attorneys for Defendants General Insurance
                                             Company of America and Liberty Mutual
11                                           Insurance Company

12                                           STEIN SUDWEEKS & HOUSER PLLC

13

14

15                                           By  */s/ Justin D. Sudweeks*
                                                 Justin D. Sudweeks, WSBA 28755
                                                 E-mail: justin@condodefects.com
16
                                             Attorneys for Plaintiff Sunwood Condominiums
17                                           Association

18

19          IT IS SO ORDERED.

20          This _____ day of September, 2017.

21

22

23                                           _____

24                                           Judge John C. Coughenour

25

26

1

2

**CERTIFICATE OF SERVICE**

3        I hereby certify that on September 7, 2017, I electronically filed the foregoing with
the Clerk of the Court using the e-filing system which will send notification of such filing to

4 the persons listed below:

5   Justin Sudweeks                          James T. Derrig
    Daniel Houser                            14419 Greenwood Avenue North
6   Daniel Stein                             Suite A-372
    Stein, Sudweeks & Houser, PLLC           Seattle, WA  98133
7   2701 First Avenue, Suite 430             Eservice.derriglaw@me.com
    Seattle, WA  98121                       Attorneys for Defendants Aetna,
8   Justin@condodefects.com                  Travelers, and St. Paul
    dhouser@condodefects.com
9   dstein@condodefects.com
10  Attorneys for Plaintiff

11                                           Joseph D. Hampton
                                             Daniel L. Syhre
12                                           Kathryn N. Boling
                                             Betts Patterson & Mines, P.S.
13                                           One Convention Place, Suite 1400
                                             701 Pike Street
14                                           Seattle, WA  98101
                                             jhampton@bpmlaw.com
15                                           dsyhre@bpmlaw.com
16                                           kboling@bpmlaw.com
                                             mtemple@bpmlaw.com
17                                           mmunson@bpmlaw.com
18                                           Attorneys for Defendant National Surety
                                             Corporation
19

20

21         */s/ Bryana L. Blessinger*
              Bryana L. Blessinger
22

23

24

25

26

CERTIFICATE OF SERVICE                              PAGE 1        **Bullivant|Houser|Bailey PC**
NO.: 2:16-CV-01012-JCC                                           1700 Seventh Avenue, Suite 1810
                                                                 Seattle, Washington 98101-1397
                                                                 Telephone: 206.292.8930