THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SUNWOOD CONDOMINIUM ASSOCIATION, a Washington non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>AETNA CASUALTY AND SURETY COMPANY OF ILLINOIS, an Illinois corporation, et al.,<br><br>Defendant. | CASE NO. C16-1012-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

Plaintiff Sunwood Condominium Association and Defendants General Insurance Company of America and Liberty Mutual Insurance Company have filed a stipulation and proposed order of dismissal (Dkt. No. 90). Pursuant to Fed. R. Civ. P. 41(a)(1)(A), this stipulation is self-executing, and all claims against General Insurance Company of America and Liberty Mutual Insurance Company are DISMISSED with prejudice and without an award of costs or attorney fees to either party.

DATED this 12th day of September 2017.

//

//

MINUTE ORDER C16-1012-JCC
PAGE - 1

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk

MINUTE ORDER C16-1012-JCC
PAGE - 2