THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SUNWOOD CONDOMOINIUM ASSOCIAION, a Washington nonprofit corporation,<br><br>Plaintiff,<br><br>v.<br><br>AETNA CASUALTY AND SURETY COMPANY OF ILLINOIS, an Illinois Corporation, et al.,<br><br>Defendant. | CASE NO. C16-1012-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court *sua sponte*. Parties have filed multiple motions and crossmotions for summary judgement set to note on September 15, September 22, and September 29 (Dckt. Nos. 79, 82, 84, 88). In light of the interrelated nature of these motions, the Court DIRECTS the Clerk to renote Plaintiff's motions for partial summary judgment against Defendants National Surety Corporation (Dkt. No. 79) and St. Paul Fire & Marine Insurance Company (Dkt. No. 82) to the later noting date of September 29, 2017.

Notwithstanding the change in noting date, the Court DIRECTS Plaintiff to file any reply to Defendant National Surety Corporation's response to its motion for partial summary judgment

by the original noting date of September 15, 2017.

DATED this 12th day of September 2017.

William M. McCool  
Clerk of Court

s/Tomas Hernandez  
Deputy Clerk