12us34
THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SUNWOOD CONDOMINIUM ASSOCIATION,<br><br>Plaintiff,<br><br>v.<br><br>TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA, *et al.*,<br><br>Defendant. | CASE NO. C16-1012-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court *sua sponte*. The Court hereby VACATES this case's current trial date of December 4, 2017. Counsel is DIRECTED to appear at a status conference on Tuesday, December 5, 2017 at 9:00 am to discuss a new trial date.

DATED this 16th day of November 2017.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk

MINUTE ORDER C16-1012-JCC
PAGE - 1