THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| SUNWOOD CONDOMINIUM ASSOCIATION, a Washington non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>AETNA CASUALTY AND SURETY COMPANY OF ILLINOIS, an Illinois corporation, *et al*.,<br><br>Defendants. | CASE NO. C16-1012-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Defendant National Surety Corporation's ("NSC") motion for reconsideration (Dkt. No. 118) of this Court's order (Dkt. No. 116) granting summary judgment to Plaintiff on NSC's suit limitation clause defense. The Court hereby calls for a response to NSC's motion for reconsideration from Plaintiff. Plaintiff shall file a response brief of six (6) pages or less no later than Monday, December 11, 2017. Defendant's reply brief shall be four (4) pages or less and is due by Friday, December 15, 2017. Neither party is required to include a factual background in its briefing. The motion for reconsideration (Dkt. No. 118) is RENOTED to December 15, 2017.

MINUTE ORDER
C16-1012-JCC
PAGE - 1

1 //

2 //

3 DATED this 4th day of December 2017.

<u>William M. McCool</u><br>
Clerk of Court<br><br>
<u>s/Tomas Hernandez</u><br>
Deputy Clerk

MINUTE ORDER
C16-1012-JCC
PAGE - 2