# THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| SUNWOOD CONDOMINIUM ASSOCIATION,<br><br>　　　　　Plaintiff,<br>　　v.<br><br>TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, *et al.*,<br><br>　　　　　Defendants. | CASE NO. C16-1012-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court *sua sponte*. The jury trial in this matter has been continued from December 5, 2017 to April 2, 2018. (Dkt. No. 120.) Case management dates are re-set as follows: proposed pretrial order is due by March 22, 2018; trial briefs, proposed voir dire, and jury instructions are due by March 26, 2018. All other pretrial dates remain unchanged.

DATED this 5th day of December 2017.

　　　　　　　　　　　　　　　　　　　William M. McCool
　　　　　　　　　　　　　　　　　　　Clerk of Court

　　　　　　　　　　　　　　　　　　　s/Tomas Hernandez
　　　　　　　　　　　　　　　　　　　Deputy Clerk