UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SUNWOOD CONDOMINIUM ASSOCIATION, a Washington non-profit corporation, | CASE NO. C16-1012-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| AETNA CASUALTY AND SURETY COMPANY OF ILLINOIS, an Illinois corporation, *et al*., | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

The Court hereby gives notice to the parties of a trial conflict due to criminal matters scheduled in the same timeframe as trial in this matter. Given this conflict, trial in this case will be continued. Counsel is DIRECTED to meet and confer regarding a new trial date and to propose a new date to the Court within 14 days of the issuance of this order. The Court has trial dates available between October 22, 2018 and December 17, 2018.

//

//

//

1     DATED this 22th day of February 2018.

2                                              William M. McCool
                                               Clerk of Court
3
                                               s/Tomas Hernandez
4                                              Deputy Clerk

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26