UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SUNWOOD CONDOMINIUM ASSOCIATION, a Washington non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA, *et al.*<br><br>Defendants. | CASE NO. C16-1012-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court *sua sponte*. Trial in this matter is scheduled to begin on Monday, October 29, 2018 at 9:30 a.m. (Dkt. No. 126.) Regarding the proposed jury instructions, due October 19, 2018, the parties shall submit a joint set of instructions, including a proposed verdict form. The parties should indicate which instructions they agree upon and which instructions are contested, along with the basis for challenging each contested instruction. All standard jury instructions should be included. An additional clean copy of the proposed instructions and verdict form should be submitted in word format to the following e-mail address: CoughenourOrders@wawd.uscourts.gov. Furthermore, the Court ORDERS that motions

1 | *in limine*, if any, should be filed no later than Friday, October 19, 2018.

2 |     DATED this 23rd day of August 2018.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk
