THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SUNWOOD CONDOMINIUM ASSOCIATION, a Washington nonprofit corporation,<br><br>Plaintiff,<br><br>v.<br><br>AETNA CASUALTY AND SURETY COMPANY OF ILLINOIS, an Illinois corporation, *et al*.,<br><br>Defendants. | CASE NO. C16-1012-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Plaintiff's motion for voluntary dismissal of Defendant St. Paul Fire & Marine Insurance Company with prejudice and without fees or costs to either party (Dkt. No. 128). Defendant St. Paul Fire & Marine Insurance Company does not oppose Plaintiff's motion. (Dkt. No. 130.)

For the foregoing reasons, Plaintiff's motion to dismiss (Dkt. No. 128) is GRANTED. Defendant St. Paul Fire & Marine Insurance Company is DISMISSED with prejudice and without fees or costs to either party. The Court DIRECTS the Clerk to change the case caption to reflect that the only remaining Defendant is National Surety Corporation.

1       DATED this 20th day of September 2018.

<u>William M. McCool</u><br>
Clerk of Court<br><br>
<u>s/Tomas Hernandez</u><br>
Deputy Clerk