The Honorable John C. Coughenour

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SUNWOOD CONDOMINIUM ASSOCIATION, a Washington non-profit corporation,<br><br>　　　　　　Plaintiff,<br>vs.<br><br>NATIONAL SURETY CORPORATION, an Illinois Corporation, et al.<br><br>　　　　　　Defendants. | NO. 2:16-cv-01012-JCC<br><br>**PLAINTIFF'S PROPOSED VOIR DIRE**<br><br>Trial Date: October 29, 2018 |

　　　　Plaintiff Sunwood Condominium Association submits the following proposed questions to be included in the Court's voir dire of the jurors:

　　　　1.　　Have any of you, or any of your immediate family, or friends ever worked at an insurance company?

　　　　　　　　a.　Which insurer did the person you know work for?

　　　　　　　　b.　What is your relationship with this person?

　　　　　　　　c.　What was their position?

　　　　　　　　d.　Are they still employed by that insurer?

　　　　　　　　e.　Would your relationship with this person impact your ability to serve as a fair and impartial juror in this case?  If so, please explain?

　　　　2.　　Have any of you, or any of your immediate family, or friends ever acted as an insurance broker or independent adjuster?

PLAINTIFF'S PROPOSED VOIR DIRE
 (2:16-cv-01012 JCC) - 1

STEIN, SUDWEEKS & HOUSER, PLLC
2701 FIRST AVENUE, SUITE 400
SEATTLE, WA 98121
PHONE 206.388.0660   FAX 206.286.2660

       a. Which insurer did the person you know work for?

       b. What is your relationship with this person?

       c. Were they an insurance broker or adjuster?

       d. Are they still working with that insurer?

       e. Would your relationship with this person impact your ability to serve as a fair and impartial juror in this case? If so, please explain?

3. Have any of you ever submitted a claim for payment to an insurance company?

       a. Do you feel that you were treated fairly by the insurance company to whom you submitted the claim?

       b. Would your experience in submitting a claim to an insurance company impact your ability to serve as a fair and impartial juror in this case? If so, please explain?

4. Do any of you have an opinion one way or the other whether insurance companies generally treat their customers fairly when deciding whether or not to pay a claim? If so please explain?

5. Do any of you know anyone who lives or has lived at the Sunwood Condominiums?

       a. Who do you know that lived at the Sunwood Condominiums?

       b. What is your relationship with this person?

       c. Would your relationship with this person impact your ability to serve as a fair and impartial juror in this case? If so, please explain?

6. Have any of you ever been an owner of a condominium unit?

       a. Was your experience in owning a condominium generally positive or negative?

       b. Would your experience in owning a condominium impact your ability to serve as a fair and impartial juror in this case? If so, please explain?

7. Do any of you know anyone at the law firms of Stein, Sudweeks & Houser or, Betts, Patterson & Mines?

       a. Which law firm did the person you know work for?

       b. Who do you know that worked at this law firm?

PLAINTIFF'S PROPOSED VOIR DIRE
(2:16-cv-01012 JCC) - 2

STEIN, SUDWEEKS & HOUSER, PLLC
2701 FIRST AVENUE, SUITE 400
SEATTLE, WA 98121
PHONE 206.388.0660   FAX 206.286.2660

   c. What is your relationship with this person?

   d. Would your relationship with this person impact your ability to serve as a fair and impartial juror in this case?  If so, please explain?

8. Does anyone know any of the witnesses whose names have been read to you?

   a. Which witness do you know?

   b. What is your relationship with this person?

   c. Would your relationship with this person impact your ability to serve as a fair and impartial juror in this case?  If so, please explain?

9. Have any of you or anyone in your family ever been involved in a civil lawsuit?

   a. Was this as a plaintiff or defendant?

   b. What was the lawsuit about?

   c. Do you feel that the court process worked fairly in that case?

   d. Do you have any criticisms of the civil law process in general?

   e. Do any of you have any criticisms of the use of juries to decide civil cases?

10. For those of you who have not been involved in a civil lawsuit and therefore did not answer the last question, do any of you have any criticisms of the civil law process in general?

11. Have any of you ever served as a juror?

   a. Was this a criminal or civil matter?

   b. Was there a verdict in the matter?

   c. Did you agree with the verdict?

   d. Do you feel that the court process worked fairly in that case?

12. Have any of you, or any of your immediate family, ever been employed in a law-related position?  If so, please let us know by whom and in what capacity.

13. Have any of you, or any of your immediate family, ever been employed by a construction, engineering, architectural firm or a building department?  If so, please let us know by whom and in what capacity.

PLAINTIFF'S PROPOSED VOIR DIRE
(2:16-cv-01012 JCC) - 3

STEIN, SUDWEEKS & HOUSER, PLLC
2701 FIRST AVENUE, SUITE 400
SEATTLE, WA 98121
PHONE 206.388.0660   FAX 206.286.2660

14. Has there been any experience in your personal lives or the personal lives of any member of your family that you believe would influence your judgment as a fair and impartial juror in this case? If so, please explain.

15. Do any of you have any ideas about this type of case, which would affect your judgment as a fair and impartial juror? If so, please explain.

16. Do any of you have any ideas about whether or not an insurance policy can cover pre-existing damage? If so, please explain.

17. Do any of you have any ideas about which causes of damage can potentially be covered under and insurance policy? If so, please explain.

18. Do any of you have any ideas about what types of damage can potentially be covered under an insurance policy? If so, please explain.

19. Are all of you willing to confine your deliberation to the evidence presented in the courtroom in this case?

20. Are all of you willing to apply the court's instructions as to the law and not substitute any ideas or notions of your own as to what you think the law ought to be?

21. In your deliberations are you willing to abide by your convictions and not agree with other jurors solely for the sake of being congenial, if you are not convinced that the opinions of the other jurors are correct?

22. Do any of you have any belief or feeling toward any of the parties, attorneys, or witnesses that might be regarded as a bias or prejudice for or against any of them?

23. Is there any reason why you cannot serve as a fair and impartial juror in this case? If so, please explain.

24. Are there any reasons why you would not want to serve on this jury? If so, please

PLAINTIFF'S PROPOSED VOIR DIRE
(2:16-cv-01012 JCC) - 4

STEIN, SUDWEEKS & HOUSER, PLLC
2701 FIRST AVENUE, SUITE 400
SEATTLE, WA 98121
PHONE 206.388.0660   FAX 206.286.2660

explain.

DATED this 19th day of October, 2018

STEIN, SUDWEEKS & HOUSER, PLLC

By: /s Jerry Stein
Jerry Stein, WSBA 27721
Daniel Stein, WSBA 48739
Attorneys for Plaintiff Sunwood Condominium Association
2701 First Avenue, Suite 430
Seattle, WA 98121
Email: jstein@condodefects.com
Email: dstein@condodefects.com
Telephone: (206) 388-0660
Facsimile: (206) 286-2660

PLAINTIFF'S PROPOSED VOIR DIRE
(2:16-cv-01012 JCC) - 5

STEIN, SUDWEEKS & HOUSER, PLLC
2701 FIRST AVENUE, SUITE 400
SEATTLE, WA 98121
PHONE 206.388.0660   FAX 206.286.2660