HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SUNWOOD CONDOMINIUM ASSOCIATION, a Washington nonprofit corporation,<br><br>                          Plaintiff,<br>v.<br><br>NATIONAL SURETY CORPORATION, an Illinois Corporation, et al.<br><br>                          Defendants. | No:  2:16-CV-01012-JCC<br><br>**NOTICE OF SETTLEMENT** |

Plaintiff Sunwood Condominium Association (the "Association") has settled its claims with Defendant National Surety Corporation. The parties are in the process of perfecting settlement.  The Association requests that the Court provide at least 60 days to re-open the case in the event settlement is not perfected.

DATED this 22nd day of October, 2018

STEIN, SUDWEEKS & HOUSER, PLLC

By:    /s *Daniel Stein*
         Jerry Stein, WSBA 27721
         Daniel Stein, WSBA 48739
         Attorneys for Plaintiff Sunwood Condominium Association
         2701 First Avenue, Suite 430
         Seattle, WA 98121
         Email: jstein@condodefects.com
         Email: dstein@condodefects.com
         Telephone: (206) 388-0660
         Facsimile:  (206) 286-2660