THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SUNWOOD CONDOMINIUM ASSOCIATION, a Washington non-profit corporation, | CASE NO. C16-1012-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| NATIONAL SURETY CORPORATION, an Illinois corporation, *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' notice of settlement (Dkt. No. 137). As such, the trial date is VACATED. The parties are DIRECTED to file a stipulated dismissal or a joint status report no later than 60 days from the day this minute order is issued. The Clerk is DIRECTED to terminate Plaintiff's pending motions in limine (Dkt. No. 133). The Clerk is DIRECTED to statistically close the case.

DATED this 23rd day of October 2018.

//

//

MINUTE ORDER
C16-1012-JCC
PAGE - 1

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk

MINUTE ORDER
C16-1012-JCC
PAGE - 2