1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SUNWOOD CONDOMINIUM
ASSOCIATION, a Washington non-profit
corporation,

              Plaintiff,

      v.

NATIONAL SURETY CORPORATION, an
Illinois corporation, *et al.*,

              Defendants.

CASE NO. C16-1012-JCC

MINUTE ORDER

     The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

     This matter comes before the Court on the parties' stipulated motion for dismissal (Dkt. No. 138). Under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), a case may be dismissed without a court order if there is a "stipulation of dismissal signed by all parties who have appeared."

     Here, all parties stipulate that all claims shall be dismissed. (Dkt. No. 138.) Thus, under Rule 41(a)(1)(A), this stipulation is self-executing. This action is DISMISSED with prejudice and without an award of costs or attorney fees to either party. The Clerk is directed to CLOSE this case.

1    DATED this 27th day of December 2018.

2                                         William M. McCool
                                          Clerk of Court
3

4                                         s/Tomas Hernandez
                                          Deputy Clerk
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26